UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GUTIERREZ DIAZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Case No. 23-cv-01506-JSC<br><br>**ORDER TO SHOW CAUSE RE: MOTION TO REMAND**<br><br>Re: Dkt. No. 13 |

Plaintiff filed suit in state court with lemon law claims under California's Song-Beverly Act related to his Ford vehicle. (Dkt. No. 1-2.)[1] Defendant removed to this Court. (Dkt. No. 1.) Before the Court is Plaintiff's motion to remand, filed April 19, 2023. (Dkt. No. 13.) Defendant's response was due April 27, 2023. *See* N.D. Cal. Civ. L.R. 7-3(a). As of the date of this Order, however, Defendant has not responded or otherwise communicated with the Court. Accordingly, on or before **May 15, 2023**, Defendant shall show cause in writing why the motion to remand should not be granted.

**IT IS SO ORDERED.**

Dated: May 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.